### KATHLEEN T. FAUGHT *v.* EDGEWOOD CORNERS, INC.

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 164 (AC 19629), is denied.

VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*William F. Gallagher*, in support of the petition.

*John J. Resnik*, in opposition.

Decided June 19, 2001

---

### STATE OF CONNECTICUT *v.* BENNIE GENE GRAY, JR.

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 151 (AC 19862/ AC 19889), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Matthew T. Gilbride*, special public defender, in support of the petition.

*Michael L. Regan*, senior assistant state's attorney, in opposition.

Decided June 19, 2001